# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHIDBEK RAVSHAN UGLI UROLBOEV,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, et al.,<br><br>　　　　　Respondents. | No. 1:26-cv-02158 JLT SAB (HC)<br><br>A-Number: 249-260-292<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 1, 9) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 15, 2026, the magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted and Petitioner be immediately released. (Doc. 9.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.*) On May 18, 2026, Respondents filed objections, and Petitioner filed a reply. (Docs. 10, 11.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Respondents' objections, the Court concludes the findings and recommendations are supported by the record and proper analysis.

/////

Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on May 15, 2026 (Doc. 9) are **ADOPTED IN FULL**.

2.  The petition for writ of habeas corpus is **GRANTED** on Count Two.

3.  Petitioner Jamshidbek Ravshan Ugli Urolboev (A-Number: 249-260-292) **SHALL** be **RELEASED IMMEDIATELY**.

4.  Respondents are **ENJOINED** and **RESTRAINED** from re-detaining Petitioner unless the government provides notice to Petitioner a minimum of seven days in advance and holds a bond hearing before a neutral arbiter pursuant to section 1226(a) and applicable regulations, at which Petitioner's eligibility for bond must be considered, and where the government must demonstrate by clear and convincing evidence that Petitioner is a flight risk or danger to the community, such that physical custody is legally justified.[1]

5.  The Clerk of Court is directed to serve the California City Detention Facility in California City, California, with a copy of this Order.

6.  The Clerk of Court is directed to close this case and enter judgment for Petitioner.

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here **SHALL** be provided within seven days of the arrest. Alternatively, if Petitioner becomes subject to a final order of removal and Petitioner receives notice of such order, Respondents may detain Petitioner for the sole and limited purpose of executing removal. In this event, Respondent's **SHALL** provide a bond hearing in the timeframe required by law.